IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                                         Civil Action No. 3:15-cv-05397-WHA

JOHN DOE, subscriber assigned IP address
67.188.33.175,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 67.188.33.175. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 17, 2016

.

        Respectfully submitted,

        By:    /s/ *Brenna E. Erlbaum*
        Brenna E. Erlbaum
        Heit Erlbaum, LLP
        501-I South Reino Road, #344
        Newbury Park, CA 91320

                                                  Phone: 805-231-9798
                                                  Email:  brenna.erlbaum@helaw.attorney
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By:  /s/ *Brenna E. Erlbaum*
                                                  Brenna E. Erlbaum